IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. HAMMOND,<br><br>Plaintiff,<br><br>v.<br>ELAINE L. CHAO, SECRETARY OF<br>THE U.S. DEPARTMENT OF LABOR<br><br>Defendant. | Civil Action No. 03-2407 (JDB) |

## ORDER

Upon consideration of defendant's motion to dismiss or, in the alternative, for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge

Dated: August 10, 2005


Copies to:

**Olivia Desiree Cammack**
THE LAW OFFICE OF OLIVIA D. CAMMACK, P.A.
8605 Cameron Street

Silver Spring, MD 20910
Phone: (301) 608-0055
Fax: (301) 608-2226
Email: ocammack@aol.com

**Megan Lindholm Rose**
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4220
Washington, DC 20530
Phone: (202) 514-7220
Email: megan.rose@usdoj.gov

**Uldric L. Fiore, Jr.**
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
Phone: (202) 307-0299
Fax: (202) 514-8780
Email: uldric.fiore@usdoj.gov